UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

PeopleTech Group, Inc.,

    Plaintiff,

v.

United States Department of Homeland Security, et al.,

    Defendants.

Civil Action No. 19-1959-MJP

ORDER ADOPTING THE PARTIES' SCHEDULING PROPOSAL

## **ORDER ADOPTING THE PARTIES' SCHEDULING PROPOSAL**

The Court has reviewed the parties' scheduling proposal. For good cause shown, the proposal is **ADOPTED**. It is hereby **ORDERED** that the parties shall comply with the following deadlines:

| | |
|---|---|
| Defendants' production of the administrative records of Plaintiff's I-140 petition and the Department of Labor's July 2014 FAQ | March 3, 2020 |
| Plaintiff's Motion for Summary Judgment | April 17, 2020 |
| Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion | May 22, 2020 |
| Plaintiff's Opposition to Defendants' Cross Motion and Reply in Support of Plaintiff's Motion | June 19, 2020 |
| Defendants' Reply in Support of their Cross Motion | July 17, 2020 |

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
Robert H. Gibbs

/s/ John P. Pratt
John P. Pratt

*Attorneys for Plaintiff*

/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: February 11, 2020

                        Marsha J. Pechman
                       United States District Judge