The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 19-1959-MJP <br><br> ORDER GRANTING THE PARTIES' STIPULATED MOTION TO VACATE BRIEFING SCHEDULE |

## ORDER GRANTING THE PARTIES' STIPULATED MOTION TO VACATE BRIEFING SCHEDULE

For good cause shown, the Court **GRANTS** the parties' stipulated motion to vacate the briefing schedule. The summary judgment briefing deadlines the Court previously entered [*see* ECF No. 10] are hereby **VACATED**.

No later than April 27, 2020, Plaintiff shall either: (1) submit a new joint proposed briefing schedule for cross motions for summary judgment; or (2) file a motion to complete the administrative records.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
Robert H. Gibbs

/s/ John P. Pratt
John P. Pratt

*Attorneys for Plaintiff*

/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: March 13, 2020

Marsha J. Pechman
United States District Judge