The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc.,<br><br>　　Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>　　Defendants. | Civil Action No. 19-1959-MJP<br><br>ORDER STAYING CASE DEADLINES |

## ORDER STAYING CASE DEADLINES

For good cause shown, the Court **GRANTS** the parties' stipulated motion. This case shall be **STAYED** for the next 180 days, until **October 26, 2020,** pursuant to the terms of the parties' settlement agreement. The parties shall promptly notify the Court after Defendants issue a new decision on Plaintiff's I-140 visa petition.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
_____
Robert H. Gibbs

/s/ John P. Pratt
_____
John P. Pratt

*Attorneys for Plaintiff*

/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: April 27, 2020

_Hon. Marsha J. Pechman_
UNITED STATES DISTRICT JUDGE