The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 19-1959-MJP <br><br> ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND STAY OF CASE |

### **ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND STAY OF CASE**

For good cause shown, the Court **GRANTS** the parties' stipulated motion. This stay of this case is extended until December 21, 2020. The parties shall promptly notify the Court after Defendants issue a new decision on Plaintiff's I-140 visa petition.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
Robert H. Gibbs

/s/ John P. Pratt
John P. Pratt

*Attorneys for Plaintiff*

/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: October 15, 2020

Marsha J. Pechman
United States District Judge