The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc., | |
| Plaintiff, | Civil Action No. 19-1959-MJP |
| v. | ORDER |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

For good cause shown, the Court **GRANTS** Defendants' unopposed motion. This stay of this case is extended until January 18, 2021. The parties shall promptly notify the Court after Defendants issue a new decision on Plaintiff's I-140 visa petition.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Joshua S. Press

Joshua S. Press

*Attorney for Defendants*

Dated: December 18, 2020

Marsha J. Pechman
United States District Judge