The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 19-1959-MJP <br><br> ORDER LIFTING STAY AND SETTING DEADLINES |

## ORDER LIFTING STAY AND SETTING DEADLINES

Having considered the parties' Joint Status Report, the Court hereby **LIFTS** the stay in this case and **ORDERS** the parties to comply with the following deadlines:

Plaintiffs are granted until March 5, 2021 to file an amended complaint. Defendants shall answer or otherwise respond to the complaint by April 5, 2021 and shall file the administrative record by April 19, 2021.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
Robert H. Gibbs

/s/ John P. Pratt
John P. Pratt

*Attorneys for Plaintiff*
/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: January 26, 2021

Marsha J. Pechman
United States District Judge