The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>    Defendants. | Civil Action No. 19-1959-MJP<br><br>ORDER ADOPTING THE PARTIES' SCHEDULING PROPOSAL |

## **ORDER ADOPTING THE PARTIES' SCHEDULING PROPOSAL**

The Court has reviewed the parties' scheduling proposal. For good cause shown, the proposal is **ADOPTED**. It is hereby **ORDERED** that the parties shall comply with the following deadlines:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | June 4, 2021 |
| Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion | July 9, 2021 |
| Plaintiff's Opposition to Defendants' Cross Motion and Reply in Support of Plaintiff's Motion | August 6, 2021 |
| Defendants' Reply in Support of their Cross Motion | September 3, 2021 |

The parties' principal motions shall be limited to 24 pages. The parties' reply briefs shall be limited to twenty (20) pages.

**IT IS SO ORDERED.**

*Presented by:*

/s/ Robert H. Gibbs
Robert H. Gibbs

/s/ John P. Pratt
John P. Pratt

*Attorneys for Plaintiff*

/s/ Joshua S. Press
Joshua S. Press

*Attorney for Defendants*

Dated: April 28, 2021

Marsha J. Pechman
United States District Judge