# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PEOPLETECH GROUP INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | CASE NO. C19-1959 MJP <br><br> ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |

For good cause shown, the Court GRANTS Plaintiff's stipulated motion to modify the briefing schedule for the parties' cross-motions for summary judgment. It is hereby ORDERED that the parties shall comply with the following deadlines:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | June 18, 2021 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion | July 23, 2021 |
| Plaintiff's Opposition to Defendants' Cross-Motion and Reply in Support of Plaintiff's Motion | August 20, 2021 |
| Defendants' Reply in Support of their Cross-Motion | September 17, 2021 |

The clerk is ordered to provide copies of this order to all counsel.

Dated May 24, 2021.

Marsha J. Pechman
United States District Judge