UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLETECH GROUP INC, | CASE NO. C19-1959 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

For good cause shown, the Court GRANTS Plaintiff's stipulated motion to further modify the briefing schedule for the parties' cross-motions for summary judgment. It is hereby ORDERED that the parties shall comply with the following deadlines:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | July 2, 2021 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion | August 6, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Plaintiff's Opposition to Defendants' Cross-Motion and Reply in Support of Plaintiff's Motion | September 3, 2021 |
| Defendants' Reply in Support of their Cross-Motion | October 1, 2021 |

The clerk is ordered to provide copies of this order to all counsel.

Filed June 16, 2021.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk