The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PEOPLETECH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 19-1959-MJP <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME |

For good cause shown, the Court **GRANTS** Defendants' stipulated motion to further modify the briefing schedule for the parties' cross motions for summary judgment. It is hereby **ORDERED** that the parties shall comply with the following deadlines for the remaining cross-motions-for-summary-judgment briefing schedule:

| | |
|---|---|
| Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion | August 20, 2021 |
| Plaintiff's Opposition to Defendants' Cross Motion and Reply in Support of Plaintiff's Motion | September 17, 2021 |
| Defendants' Reply in Support of their Cross Motion | October 15, 2021 |

Dated: August 4, 2021

_____
Marsha J. Pechman
United States Senior District Judge

*Presented by:*

/s/ Joshua S. Press

Joshua S. Press

*Attorney for Defendants*