The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PeopleTech Group, Inc., | |
|    Plaintiff, | Civil Action No. 19-1959-MJP |
| v. | ORDER |
| United States Department of Homeland Security, et al., | |
|    Defendants. | |

For good cause shown, the Court **GRANTS** Defendants' stipulated motion to further modify the briefing schedule for the parties' cross motions for summary judgment. It is hereby **ORDERED** that the parties shall comply with the following deadlines for the remaining cross-motions-for-summary-judgment briefing schedule:

| | |
|---|---|
| Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion | August 25, 2021 |
| Plaintiff's Opposition to Defendants' Cross Motion and Reply in Support of Plaintiff's Motion | September 22, 2021 |
| Defendants' Reply in Support of their Cross Motion | October 20, 2021 |

**IT IS SO ORDERED.**

*Presented by:*

/s/ Joshua S. Press

Joshua S. Press

*Attorney for Defendants*

Dated: August 20, 2021

Marsha J. Pechman
United States Senior District Judge