UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEOPLETECH GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | CASE NO. C19-1959 MJP <br><br> ORDER GRANTING EXTENSION OF TIME |

The Court GRANTS Defendants' unopposed motion for an extension of time. (Dkt. No. 38.) Plaintiff's motion for summary judgment, (Dkt. No. 31), and Defendants' cross-motion for summary judgment, (Dkt. No. 36), are re-noted for consideration on October 22, 2021. Defendants shall file their reply on or before October 22, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 20, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING EXTENSION OF TIME - 1